United States District Court
Southern District of Texas
**ENTERED**
January 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-15-437-2 |
| | § |
| JESSE PEREZ | § |

**O R D E R**

Counsel for defendant Perez filed a motion to withdraw as counsel of record, (Docket Entry No. 58). The motion is granted. The magistrate judge will appoint new counsel for the defendant.

SIGNED on January 19, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge