United States District Court
Southern District of Texas
**ENTERED**
March 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-15-437-2 |
| | § | |
| JESSE PEREZ | § | |

### REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Jesse Perez, a defendant in this action. On March 5, 2018, Defendant Jesse Perez appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Indictment charging him with conspiracy to possess with intent to distribute a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and 846 (Count 1) and conspiracy to use, carry or possess a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A), (o) (Count 3).

Defendant Perez consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Perez, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised

       of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Chief United States District Judge Lee Rosenthal.

2. Defendant Perez is fully competent and capable of entering an informed plea.

3. Defendant Perez is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Defendant Perez understands his constitutional and statutory rights and wishes to waive those rights.

5. Defendant Perez is aware that pursuant to the Plea Agreement, he is waiving his right to appeal his conviction and sentence, both directly and collaterally.

6. Defendant Perez understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, Perez may not withdraw his plea of guilty.

7. Defendant Perez's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses charged in Counts 1 and 3 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Jesse Perez to Counts 1 and 3 of the Indictment be accepted by the court and that Jesse Perez be adjudged guilty of the offenses alleged in Counts 1 and 3 of the Indictment, to wit: conspiracy to possess with intent to distribute a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and 846 (Count 1) and conspiracy to use, carry or possess a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A), (o) (Count 3).

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208. Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

SIGNED at Houston, Texas, this 5th day of March, 2018.

_____
U.S. MAGISTRATE JUDGE